IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MONTVALE SURGICAL CENTER, LLC a/s/o Shawn Scott; and IN-BALANCE HEALTH, LLC a/s/o SHAWN SCOTT, <br><br> Plaintiffs, <br><br> v. <br><br> AETNA INSURANCE COMPANY; UNITED PARCEL SERVICE OF AMERICA, INC.; ABC Corp. (1-10) (Said names being fictitious and unknown entities), <br><br> Defendants. | CIVIL ACTION NO.: |

## CORPORATE DISCLOSURE STATEMENT

The undersigned, counsel for Defendants Aetna Life Insurance Company and United Parcel Service of America, Inc., hereby certifies that these parties are non-governmental corporate parties and that:

☒ These parties' parent corporations and all publicly held corporations owning 10% or more of these parties' stock are listed here:

> Aetna Life Insurance Company is a wholly owned subsidiary of Aetna Inc., a publicly traded company; and
>
> United Parcel Service of America, Inc. is a wholly owned subsidiary of United Parcel Service, Inc., a publicly traded company;

OR

☐ These parties do not have parent corporations, nor are there any publicly held corporations that own 10% or more of these parties' stock.

_____
Signature of Attorney

Paul D. Kelly, Esquire
Print Name

June 18, 2012
Date

Craig, Annin & Baxter, LLP
Name of Firm

41 Grove Street
Street Address

Haddonfield, New Jersey 08033
City/State/ZIP Code